# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TIFFANY MIRANDA and
BENJAMIN MIRANDA,
           Plaintiffs

    v.

A. C. MOORE ARTS & CRAFTS, INC.,
           Defendant.

CIVIL ACTION NO.:
04-11337-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

October 21, 2004

HARRINGTON, S.D.J.

    The Court dismisses the above-entitled case for failure of the plaintiffs to serve the defendant with the Complaint within the time period required by Rule 4 of the Federal Rules of Civil Procedure.

    SO ORDERED.

                                /s/ Edward F. Harrington
                                EDWARD F. HARRINGTON
                                United States Senior District Judge