# ANTHONY R. BOTT, P.C.
Attorney at Law

EIGHT BEACH ROAD
POST OFFICE BOX 1137
EAST ORLEANS, MASSACHUSETTS 02643

TELEPHONE: (508) 240-2700
NATIONWIDE: 1-800-250-8811
FAX: (508) 240-2772
E-MAIL: ARBott@capecodlaw.com

BOSTON ADDRESS

U.S. POST OFFICE & COURTHOUSE
McCORMACK BUILDING
Post Office Box 1221
Boston, MA 02104-1221

October 4, 2004

ATTN.: MS. LYNN HAMILTON
Camden County Sheriff's Office
Civil Process Division
520 Market Street, 2nd Floor
City Hall
Camden, NJ 08101

VIA FEDERAL EXPRESS

RE: MIRANDA v. A.C. MOORE ARTS & CRAFTS, INC.
United States District Court, District of Massachusetts
Civil Action No. 04 11337 EFH

DEAR MS. HAMILTON:

AS I INDICATED TO YOU YESTERDAY I WOULD MUCH APPRECIATE THE ENCLOSED BEING SERVED UPON THE SPECIFIED DEFENDANT – IF POSSIBLE – *BY OR BEFORE NOON ON FRIDAY, OCTOBER 8, 2004.*

Accordingly, enclosed per your instructions please find:

1. Two original Summonses;

2. One copy of the Civil Cover Sheet, the so-called "Category Sheet" and the Complaint and Demand for Jury Trial; and,

3. A check made payable to the "Camden County Sheriff" in the amount you indicated, or, $34.80.

KINDLY HAVE THE OFFICER ASSIGNED SERVE (ALL FOUR OF) THESE PAPERS UPON:

MS. PATRICIA VANDENBURG, SENIOR VICE PRESIDENT
HUMAN RESOURCES
A.C. MOORE ARTS & CRAFTS, INC.

Page 1 of 2

500 UNIVERSITY COURT
BLACKWOOD, NJ 08012
PHONE: 1-856-228-6700

AS I ALSO INDICATED TO YOU, BECAUSE OF THE EXIGENT CIRCUMSTANCES I WOULD VERY MUCH APPRECIATE IT IF THE OFFICER SERVING THE ENCLOSED WOULD PLEASE CALL ON MY NATIONWIDE 800 NUMBER: (800) 250-8811 TO LEAVE A MESSAGE (OR SPEAK TO SECRETARY) CONFIRMING THAT SERVICE WAS EFFECTED BY OR BEFORE FRIDAY, OCTOBER 8, 2004.

THANK YOU **VERY MUCH** FOR YOUR KIND ASSISTANCE AND COOPERATION IN THIS URGENT MATTER.

VERY TRULY YOURS,

ANTHONY R. BOTT

ARB/ams
Encl.