AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

TIFFANY MIRANDA and
BENJAMIN MIRANDA

**SUMMONS IN A CIVIL ACTION**

V.

A.C. MOORE ARTS & CRAFTS, INC.

CASE NUMBER: 04 11337 EFH

TO: (Name and address of Defendant)

A.C. MOORE ARTS & CRAFTS, INC.
500 University Court
Blackwood, NJ  08012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANTHONY R. BOTT, P.C.
Attorney At Law
Eight Beach Road
P.O. Box 1137
East Orleans, MA  02643

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

[signature]                                              JUN 15 2004
(By) DEPUTY CLERK                                        DATE

# AFFIDAVIT OF SERVICE

SHERIFF'S NUMBER L 143685  DEFENDANT SEQUENCE 001 OF 001  OFFICER
TYPE OF SERVICE              SUMMONS AND COMPLAINT

I, MICHAEL W. MCLAUGHLIN, SHERIFF OF CAMDEN COUNTY, DO HEREBY DEPUTIZE

_____
PRINT OFFICER'S NAME

AND APPOINT TO BE MY DEPUTY TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW

ATTORNEY                                              CHECK #       AMOUNT
ANTHONY R SCOLA                                       4281          45.00
EIGHT BEACH RD
P O BOX 1193                                          CONTROL #    316164
EAST ORLEANS           MA  02643

==================== COURT DATA ====================
COURT OF ISSUANCE        UNITED STATES DISTRICT COURT
RETURN DATE  9/03/00  TIME          DAYS 00
DOCKET   04-11337EFH  STATE  MA     COUNTY OF VENUE  EAST ORLEANS
                          CAPTION OF CASE            MIRANDA AND BENJAMIN MIRANDA
INDIVIDUAL NAME      TIFFANY
VS    A.C. MOORE ARTS & CRAFTS, INC
================ DEFENDANT OR NAMED WITHIN TO BE SERVED ================
CORPORATION NAME    A.C. MOORE ARTS & CRAFTS, INC
ADDRESS 1           1500 UNIVERSITY COURT
ADDRESS 2
TOWN/STATE/ZIP      BLACKWOOD              NJ  08012
==================== PAPERS SERVED ====================
                                        OUT OF STATE-REQUIRES DESCRIPTION
SUMMONS & COMPLAINT

==================== SERVICE DATA RECORDED ====================
[✓] SERVED SUCCESSFULLY   [ ] UNABLE TO SERVE     DATE  10-7-04
                                                  TIME

SERVED
[ ] OFFICER
[✓] MANAGING AGENT                                ATTEMPTS
[ ] REGISTERED AGENT
[ ] PERSON IN CHARGE OF REGISTERED OFFICE OF
[ ] AGENT AUTHORIZED TO ACCEPT SERVICE
    Vincent Ruffin

PERSON SERVED
[✓] MALE   [ ] FEMALE
[ ] WHITE [✓] BLACK [ ] YELLOW  [ ] BROWN  [ ] RED
HEIGHT [ ] UNDER 5 FEET [ ] 5.0-5.6FT [✓] 5.7-6.0 [ ] OVER 6FT
WEIGHT [ ] UNDER 100LBS [ ] 100-150LBS [✓] 151-200LBS [ ] OVER 200LBS
HAIR   [ ] BLACK [✓] BROWN [ ] BLOND [ ] GRAY [ ] RED [ ] WHITE [ ] BALDING
AGE    [ ] 14-20 [ ] 21-35 [✓] 36-50 [ ] 51-65 [ ] OVER 65

SWORN AND SUBSCRIBED BEFORE ME                   _____
October 19, 2004                                  SIGNATURE
                                                  DEPUTY SHERIFF OF CAMDEN COUNTY
Elizabeth Fontanez                                STATE OF NEW JERSEY

[Notary stamp: Notary Public State of New Jersey ELIZABETH FONTANEZ My Commission Expires April 26, 2009]