UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIFFANY MIRANDA and
BENJAMIN MIRANDA,
                    Plaintiffs                     Civil Action No.
                                                   04-11337-EFH
          v.                                       BBO#554526
                                                   BBO#657559
A.C. MOORE ARTS & CRAFTS, INC.
                    Defendant.

### NOTICE OF LIMITED APPEARANCE

TO THE CLERK IN THE ABOVE-ENTITLED COURT:

Please enter our appearances as attorneys for the Defendant, A.C. Moore Arts & Crafts, Inc. in the above-entitled matter for the limited purpose of opposing plaintiff's motion for reconsideration of dismissal.

                                        BY ITS ATTORNEYS,

                                        /s/ Mathew Barry
                                        Emily G. Coughlin, BBO# 554526
                                        Mathew P. Barry, BBO#657559
                                        Ryan, Coughlin & Betke, LLP
                                        175 Federal Street
                                        Boston MA 02110
                                        (617) 988-8050