UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIFFANY MIRANDA and
BENJAMIN MIRANDA,
      Plaintiffs

v.

A.C. MOORE ARTS & CRAFTS, INC.
      Defendant.

Civil Action No.
04-11337-EFH
BBO#554526
BBO#657559

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Counsel for the defendant A.C. Moore Arts & Crafts, Inc. hereby certifies that counsel have conferred and attempted in good faith to resolve or narrow the issues presented in A.C. Moore's Motion to Dismiss, and were unable to resolve all of the issues.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 28th DAY OF DECEMBER, 2004.

/s/ Mathew P. Barry
Mathew P. Barry, Esq.
Counsel for the Defendant