UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIFFANY MIRANDA and
BENJAMIN MIRANDA,
                    Plaintiffs

v.

A.C. MOORE ARTS & CRAFTS, INC.
                    Defendant.

Civil Action No.
04-11337-EFH
BBO# 050540
BBO#554526
BBO#657559

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come all parties in the above-captioned matter and hereby stipulate, pursuant to the provisions of Mass.R.Civ.P. 41(a)(1)(ii) and Fed.R.Civ.P 41(a)(1)(ii), to the dismissal of all claims in the above-captioned matter with prejudice, without interest, without costs and with all rights of appeal therefrom waived.

| Plaintiffs, | Defendant, |
|---|---|
| Tiffany and Benjamin Miranda, | A.C. Moore Arts & Crafts, Inc. |
| By their attorney, | By its attorneys, |
| /s/ Anthony Bott | /s/ Mathew P. Barry |
| Anthony Bott, BBO# 050540 | Emily G. Coughlin, BBO# 554526 |
| Eight Beach Road | Mathew P. Barry, BBO# 657559 |
| P.O. Box 1137 | Ryan, Coughlin & Betke, LLP |
| East Orleans, MA 02643 | 175 Federal Street, 9th floor |
| (508) 240-2700 | Boston, MA 02110 |
| | (617) 988-8050 |

Dated: April 15, 2005